UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-0760-TJH(JPR) | Date | JANUARY 11, 2021 |
| Title | Maria Legarda-Bugarin v. David A. Marin et al., | | |

Present: The Honorable    TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Emergency EX PARTE APPLICATION for Temporary Restraining Order as to Immediate Release from Custody filed by Petitioner Maria Legarda-Bugarin [4] is hereby denied as moot.

IT IS SO ORDERED.


cc: all parties